# MISSION HOCKEY COMPANY, Plaintiff–Appellant,

v.

## ROLLER DERBY SKATE CORP., Defendant–Appellee.

### No. 04–1376.

United States Court of Appeals, Federal Circuit.

Aug. 31, 2004.

Darrell L. Olson, Principal Attorney, Knobbe, Martens, Olson & Bear, LLP, Paul A. Stewart, Knobbe, Martens, of Counsel, Irvine, CA, Steven J. Nataupsky, Paul N. Conover, Knobbe, Martens, of Counsel, Newport Beach, CA, for Plaintiff–Appellant.

Laurin H. Mills, Principal Attorney, Nixon Peabody LLP, Corinne R. Gorski, Nixon Peabody LLP, of Counsel, Washington, DC, for Defendant–Appellee.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).